In the Matter of the Estate of Alice M. Sullivan, Deceased.

Dorothy Sullivan, et al., Appellants, v. John C. Sullivan, Administrator With the Will Annexed of the Estate of Alice M. Sullivan, Deceased, Michael J. Sullivan, Individually, and Under a Power of Attorney for Marguerite S. Chappel, et al., and General Telephone Company of Illinois, Appellees.

Gen. No. 66–57. 

Third District.
June 14, 1967.

Kehr & Covey, of Chillicothe, for appellants; Harry C. Heyl, of Peoria, Sidney S.

Deutsch, of Rock Island, and Nafziger & Otten, of Springfield (Kenneth H. Otten, of counsel), for appellees. Opinion by JUSTICE CORYN. Not to be published in full.